IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**COREY JOHNSON**  PETITIONER
ADC #129730

v.   No. 5:14-cv-427-DPM-JTR

**LARRY NORRIS**, Director,
Arkansas Department of Correction   RESPONDENT

## ORDER

Referral withdrawn. Johnson's motion to withdraw his habeas petition, № 13, is granted. All other pending motions, №. 3, 5, & 9, are denied without prejudice as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_12 February 2015___