IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

COREY JOHNSON                                                                                              PETITIONER
ADC #129730

v.                                  No. 5:14-cv-427-DPM

LARRY NORRIS, Director,
Arkansas Department of Correction                                                          RESPONDENT

## JUDGMENT

Johnson's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_12 February 2015___